IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA<br>by Attorney General Bill McCollum | ) ) ) ) |
| STATE OF ARIZONA<br>by Attorney General Terry Goddard | ) ) ) ) |
| STATE OF ARKANSAS<br>by Attorney General Dustin McDaniel | ) ) ) ) |
| STATE OF CALIFORNIA<br>by Attorney General Edmund G. Brown, Jr. | ) ) ) ) |
| STATE OF CONNECTICUT<br>by Attorney General Richard Blumenthal | ) ) ) ) |
| DISTRICT OF COLUMBIA<br>by Interim Attorney General Peter J. Nickles | ) ) ) ) |
| STATE OF IOWA<br>by Attorney General Thomas J. Miller | ) ) ) ) |
| STATE OF KANSAS<br>by Attorney General Stephen N. Six | ) ) ) ) |
| STATE OF MAINE<br>by Attorney General G. Steven Rowe | ) ) ) ) |
| STATE OF MARYLAND<br>by Attorney General Douglas F. Gansler | ) ) ) ) |
| STATE OF MINNESOTA<br>by Attorney General Lori Swanson | ) ) ) ) |
| STATE OF MISSOURI<br>by Attorney General Jeremiah (Jay) W. Nixon | ) ) ) ) |
| STATE OF NEVADA<br>by Attorney General Catherine Cortez Masto | ) ) ) ) |
| STATE OF NEW YORK<br>by Attorney General Andrew M. Cuomo | ) ) |

1

| | |
|---|---|
| STATE OF OREGON<br>by Attorney General Hardy Myers<br><br>COMMONWEALTH OF PENNSYLVANIA<br>by Attorney General Tom Corbett<br><br>STATE OF SOUTH CAROLINA<br>by Attorney General Henry McMaster<br><br>STATE OF WASHINGTON<br>by Attorney General Rob McKenna<br><br>STATE OF WEST VIRGINIA<br>by Attorney General Darrell V. McGraw, Jr.<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>　　　　　　　　　　　　　　Defendants. | Civ. No. 08-155-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth G. Arthur, Assistant Attorney General for the State of Florida, to represent each of the Plaintiff States, captioned above, in this matter.

　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth G. Arthur*
　　　　　　　　　　　　　　　　　　　　　Elizabeth G. Arthur
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　STATE OF FLORIDA
　　　　　　　　　　　　　　　　　　　　　PL-01, The Capitol
　　　　　　　　　　　　　　　　　　　　　Tallahassee, Florida 32399-1050
　　　　　　　　　　　　　　　　　　　　　Telephone: 850-414-3300
　　　　　　　　　　　　　　　　　　　　　Facsimile: 850-488-9134
　　　　　　　　　　　　　　　　　　　　　Elizabeth.Arthur@myfloridalegal.com

Date: 4/2/08

2

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of Florida and am admitted to practice in the United States District Courts for the District of Florida. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/2/08

/s/ Elizabeth G. Arthur
Elizabeth G. Arthur
Assistant Attorney General
Office of the Attorney General
PL-01 The Capital
Talahassee, FL 32399

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I caused to be served a true and correct copy of the foregoing document by United States Postal Service to the following:

**Defendant**

*Attorneys for Abbott Laboratories*

**Chad J. Peterman**
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
**E-mail:** cjpeterman@pbwt.com

**Mary B. Graham**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
**E-mail:** mbgefiling@mnant.com

**Defendant**

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

**James Cooper**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
**E-mail: James_Cooper@aporter.com**

**Anne Shea Gaza**
**Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
**E-mail: gaza@rlf.com**
**E-mail: cottrell@rlf.com**

(Signature of Party or Representative)

4