# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| STATE OF FLORIDA<br>by Attorney General Bill McCollum | ) ) ) ) ) |
| STATE OF ARIZONA<br>by Attorney General Terry Goddard | ) ) ) |
| STATE OF ARKANSAS<br>by Attorney General Dustin McDaniel | ) ) ) |
| STATE OF CALIFORNIA<br>by Attorney General Edmund G. Brown, Jr. | ) ) ) |
| STATE OF CONNECTICUT<br>by Attorney General Richard Blumenthal | ) ) ) |
| DISTRICT OF COLUMBIA<br>by Interim Attorney General Peter J. Nickles | ) ) ) |
| STATE OF IOWA<br>by Attorney General Thomas J. Miller | ) ) ) |
| STATE OF KANSAS<br>by Attorney General Stephen N. Six | ) ) ) |
| STATE OF MAINE<br>by Attorney General G. Steven Rowe | ) ) ) |
| STATE OF MARYLAND<br>by Attorney General Douglas F. Gansler | ) ) ) |
| STATE OF MINNESOTA<br>by Attorney General Lori Swanson | ) ) ) |
| STATE OF MISSOURI<br>by Attorney General Jeremiah (Jay) W. Nixon | ) ) ) |
| STATE OF NEVADA<br>by Attorney General Catherine Cortez Masto | ) ) ) |
| STATE OF NEW YORK<br>by Attorney General Andrew M. Cuomo | ) ) |

| | |
|---|---|
| STATE OF OREGON )<br>by Attorney General Hardy Myers )<br>)<br>COMMONWEALTH OF PENNSYLVANIA )<br>by Attorney General Tom Corbett )<br>)<br>STATE OF SOUTH CAROLINA )<br>by Attorney General Henry McMaster )<br>)<br>STATE OF WASHINGTON )<br>by Attorney General Rob McKenna )<br>)<br>STATE OF WEST VIRGINIA )<br>by Attorney General Darrell V. McGraw, Jr. )<br>)<br>            Plaintiffs, )<br>)<br>        v. )<br>)<br>ABBOTT LABORATORIES, FOURNIER )<br>INDUSTRIE ET SANTE, and )<br>LABORATOIRES FOURNIER, S.A., )<br>)<br>            Defendants. ) | Civ. No. 08-155-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of R. Scott Palmer, Special Counsel for the State of Florida, to represent each of the Plaintiff States, captioned above, in this matter.

_____
R. Scott Palmer
Special Counsel
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Scott.Palmer@myfloridalegal.com

Date: 4/7/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of Florida and am admitted to practice in the United States District Courts for the District of Florida. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/7/08

R. Scott Palmer
Special Counsel
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____               _____
                         United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I caused to be served a true and correct copy of the foregoing document by United States Postal Service to the following:

**Defendant**

*Attorneys for Abbott Laboratories*

**Chad J. Peterman**
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
E-mail: cjpeterman@pbwt.com

**Mary B. Graham**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
E-mail: mbgefiling@mnant.com

**Defendant**

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

**James Cooper**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
E-mail: James_Cooper@aporter.com

**Anne Shea Gaza**
**Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
E-mail: gaza@rlf.com
E-mail: cottrell@rlf.com

(Signature of Party or Representative)