IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al. ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES, FOURNIER ) <br> INDUSTRIE ET SANTE, and ) <br> LABORATOIRES FOURNIER, S.A., ) <br> ) <br> Defendants. ) | Civ. No. 08-155-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Susan Phan, Assistant Attorney General for the District of Columbia, to represent each of the Plaintiff States, captioned above, in this matter.

*[signature]*
Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: 4/16/08

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 3/28/08

Signed: _____
Susan Phan
Assistant Attorney General
Consumer and Trade Protection
Section
Office of the Attorney General
 for the District of Columbia
441 4th Street, NW, Ste 1130N
Washington, D.C. 20001
ph: (202) 727-3225
fax: (202) 741-5908
susan.phan@dc.gov

Bar Number: 500479 (DC)

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____                               _____
                                                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I caused to be served a true and correct copy of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF to the following:

**Defendant**

*Attorneys for Abbott Laboratories*

**Chad J. Peterman**
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
cjpeterman@pbwt.com

**Mary B. Graham**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnant.com

**Defendant**

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

**James Cooper**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
James_Cooper@aporter.com

**Anne Shea Gaza**
**Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
gaza@rlf.com
cottrell@rlf.com

(Signature of Party or Representative)