IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al. </br></br> Plaintiffs, </br></br> v. </br></br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A., </br></br> Defendants. | Civ. No. 08-155-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elinor R. Hoffmann, Assistant Attorney General for the State of New York, to represent each of the Plaintiff States, captioned above, in this matter.

*Elizabeth J. Arthur*
Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: April 24, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the United State District Courts for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid x to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ❏ to the Clerk's Office upon the filing of this motion.

Date: April 24, 2008

Signed: _____
Elinor R. Hoffmann
Assistant Attorney General
Antitrust Bureau
Office of the Attorney General
 for the State of New York
120 Broadway, 26th Floor
New York, NY 10271
ph: 212-416-8269
fax: 212-416-6015
Email: elinor.hoffmann@oag.state.ny.us
Bar Number: EH 2154

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Plaintiff**

*State of Florida, et. al*    represented by    **Craig S. Farringer**
Office of the Attorney General
for the District of Columbia
441 4th Street NW, Suite 1130 N
Washington, DC 20001
202-442-9841
Fax: 202-741-5908
craig.farringer@dc.gov

**R. Scott Palmer**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
scott.palmer@myfloridalegal.com

**Susan Phan**
Office of the Attorney General
for the District of Columbia
441 4th Street NW, Suite 1130 N
Washington, DC 20001
202-727-3225
Fax: 202-741-5908
susan.phan@dc.gov

/s/ Elizabeth G. Arthur
LEAD ATTORNEY
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
elizabeth.arthur@myfloridalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I caused to be served a true and correct copy of the foregoing document by United States Postal Service to the following:

**Defendant**

*Attorneys for Abbott Laboratories*

Chad J. Peterman
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
cjpeterman@pbwt.com

**Defendant**

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
**James_Cooper@aporter.com**

Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
elizabeth.arthur@myfloridalegal.com