IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al. ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 08-155-SLR |
| ) | |
| v. ) | |
| ) | |
| ABBOTT LABORATORIES, FOURNIER ) | |
| INDUSTRIE ET SANTE, and ) | |
| LABORATOIRES FOURNIER, S.A., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Saami Zain, Assistant Attorney General for the State of New York, to represent each of the Plaintiff States, captioned above, in this matter.

　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth G. Arthur
　　　　　　　　　　　　　　　　　　　　Elizabeth G. Arthur
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　STATE OF FLORIDA
　　　　　　　　　　　　　　　　　　　　PL-01, The Capitol
　　　　　　　　　　　　　　　　　　　　Tallahassee, Florida 32399-1050
　　　　　　　　　　　　　　　　　　　　Telephone: 850-414-3300
　　　　　　　　　　　　　　　　　　　　Facsimile: 850-488-9134
　　　　　　　　　　　　　　　　　　　　Elizabeth.Arthur@myfloridalegal.com

Date: 4/25/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  4/25/08

Signed: _____
Saami Zain
Assistant Attorney General
Antitrust Bureau
Office of the Attorney General
  for the State of New York
120 Broadway
New York, NY
Tel: (212) 416-6360
Fax: (212) 416-6015
Email: Saami.Zain@oag.state.ny.us
Bar (Registration) Number: 4521282

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

The undersigned also hereby certifies that on April 25, 2008, true and correct copies of the foregoing document were caused to be served by United States Postal Service to the following:

**Defendants**

*Attorneys for Abbott Laboratories*

**Chad J. Peterman**
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
cjpeterman@pbwt.com

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

**James Cooper**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
james_cooper@aporter.com

*(signature)*
**Elizabeth G. Arthur**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
elizabeth.arthur@myfloridalegal.com