IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al. | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civ. No. 08-155-SLR |
| v. | ) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A., | )<br>)<br>) |
| Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brett DeLange, Deputy Attorney General for the State of Idaho in this matter.

Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: 5/2/08

1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Idaho, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: April 30, 2008    Signed: _____
                        Brett DeLange
                        Deputy Attorney General
                        Consumer Protection Division
                        Office of the Attorney General
                        Len B. Jordan Building
                        650 W. State St., Lower Level
                        P. O. Box 83720
                        Boise, Idaho 83720-0010
                        Telephone:   (208) 334-2424
                        FAX:         (208) 334-4151
                        E-mail:      brett.delange@ag.idaho.gov
                        Bar Number: 3628

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____                                                _____
                                                                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

The undersigned also hereby certifies that on May 2, 2008, true and correct copies of the foregoing document were caused to be served by United States Postal Service to the following:

**Defendants**

| *Attorneys for Abbott Laboratories* | **Chad J. Peterman**<br>Patterson, Belknap, Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>cjpeterman@pbwt.com |
|---|---|
| *Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA* | **James Cooper**<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br>james_cooper@aporter.com |

*[signature]*

Elizabeth G. Arthur
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
elizabeth.arthur@myfloridalegal.com