IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>Defendants. | Civ. No. 08-155-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Matthew P. Reinsmoen, Assistant Attorney General for the State of Minnesota in this matter.

Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: 5/2/08

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court ☒.

Date: 5/1/08

Signed: _____
Matthew P. Reinsmoen
Assistant Attorney General
Antitrust Division
Office of the Attorney General
 for the State of Minnesota
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
Phone: (651) 215-1564
fax: (651) 282-5437
Email: matthew.reinsmoen@ag.state.mn.us
Bar Number: 0352433

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

                                                            _____
                                                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

The undersigned also hereby certifies that on May 2, 2008, true and correct copies of the foregoing document were caused to be served by United States Postal Service to the following:

**Defendants**

| | |
|---|---|
| *Attorneys for Abbott Laboratories* | **Chad J. Peterman**<br>Patterson, Belknap, Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>cjpeterman@pbwt.com |
| *Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA* | **James Cooper**<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br>james_cooper@aporter.com |

Elizabeth G. Arthur
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
elizabeth.arthur@myfloridalegal.com