IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATE OF FLORIDA, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-155 (SLR) |
| | ) | |
| ABBOTT LABORATORIES, | ) | |
| FOURNIER INDUSTRIE ET SANTÉ, and | ) | |
| LABORATOIRES FOURNIER, S.A., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER RE BRIEFING SCHEDULE
FOR MOTION TO CONSOLIDATE**

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that:

1. Answering brief in opposition to Plaintiffs' Motion to Consolidate (D.I. 30) shall be filed on or before June 2, 2008.

2. Reply brief in support of the Motion to Consolidate shall be filed on or before June 23, 2008.

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF FLORIDA | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ R. Scott Palmer* | */s/ James W. Parrett, Jr.* |
| _____ | _____ |
| Elizabeth G. Arthur | Mary B. Graham (# 2256) |
| R. Scott Palmer | James W. Parrett, Jr. (# 4292) |
| PL-1, The Capitol | 1201 N. Market Street |
| Tallahassee, FL 32399-1050 | P.O. Box 1347 |
| Elizabeth.Arthur@myfloridalegal.com | Wilmington, DE 19899 |
| Scott.Palmer@myfloridalegal.com | (302) 658-9200 |
| *Attorneys for State of Florida* | jparrett@mnat.com |
| | *Attorneys for Abbott Laboratories* |

- 2 -

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Anne Shea Gaza*
_____
Frederick L. Cottrell, III (# 2555)
Anne Shea Gaza (# 4093)
One Rodney Square
Wilmington, DE  19801
(302) 651-7700
gaza@rlf.com
 Attorneys for Fournier Industrie et Santé and Laboratoires Fournier, S.A.


SO ORDERED this _____ day of _____, 2008.


                                             _____
                                             UNITED STATES DISTRICT JUDGE

2324517