IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>Defendants. | Civ. No. 08-155-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brian Armstrong, Senior Deputy Attorney General for the State of Nevada in this matter.

/s/ Elizabeth G. Arthur
Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: May 15, 2008

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Nevada, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid **x** to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: May 15, 2008                Signed: *(signature)*
                                  Brian Armstrong
                                  Senior Deputy Attorney General
                                  Office of the Nevada Attorney General
                                  Bureau of Consumer Protection
                                  555 E. Washington Ave., Suite 3900
                                  Las Vegas, Nevada 89101
                                  ph: (702) 486-3420
                                  fax: (702) 486-3283
                                  Email: barmstrong@ag.nv.gov
                                  Nevada Bar Number: 8761

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____              _____
                    United States District Judge


## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

The undersigned also hereby certifies that on May 15, 2008, true and correct copies of the foregoing document were caused to be served by United States Postal Service to the following:

**Defendants**

*Attorneys for Abbott Laboratories*

**Chad J. Peterman**
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
cjpeterman@pbwt.com

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

**James Cooper**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
james_cooper@aporter.com

*/s/ Elizabeth G. Arthur*
**Elizabeth G. Arthur**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
elizabeth.arthur@myfloridalegal.com

4