## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| STATE OF FLORIDA, et. al. | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| Plaintiffs, | ) | Civ. No. 08-155-SLR |
|  | ) | |
| v. | ) | |
|  | ) | |
| ABBOTT LABORATORIES, FOURNIER | ) | |
| INDUSTRIE ET SANTE, and | ) | |
| LABORATOIRES FOURNIER, S.A., | ) | |
|  | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Madonna E. Cournoyer, Assistant Attorney General for the Commonwealth of Massachusetts, to represent the Commonwealth of Massachusetts in this matter.

Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: 5/16/08

1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts,

and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action. I also

certify I am generally familiar with this Court's Local Rules. In accordance with Standing

Order for District Court Fund effective January 1, 2005, I further certify that the annual

fee of $25.00 has been paid ⋈ to the Clerk of Court, or, if not paid previously, the fee

payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.


Date: May 16, 2008                    Signed: _____

Madonna E. Cournoyer
Assistant Attorney General
Antitrust Division
Office of the Attorney General
  for the Commonwealth of Massachusetts
Antitrust Division
One Ashburton Place, 18th Floor
Boston, MA 02108-1598
ph: (617) 727-2200
fax: (617)727-5765
Email: Madonna.Cournoyer@state.ma.us
Bar Number: 642060

2

## **<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted:

Date: _____

_____

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I caused to be served a true and correct copy of the

foregoing document by United States Postal Service to the following:

**Defendant**

***Attorneys for Abbott Laboratories***

**Chad J. Peterman**
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
**cjpeterman@pbwt.com**

**Defendant**

***Attorneys for Fournier Industrie et Sante' and
Laboratories Fournier, SA***

**James Cooper**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
**James_Cooper@aporter.com**

/s/ Elizabeth G. Arthur
LEAD ATTORNEY
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300

4