IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al. ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 08-155-SLR |
| ) | |
| v. ) | |
| ) | |
| ABBOTT LABORATORIES, FOURNIER ) | |
| INDUSTRIE ET SANTE, and ) | |
| LABORATOIRES FOURNIER, S.A., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mary B. Freeley, Assistant Attorney General for the Commonwealth of Massachusetts, to represent the Commonwealth of Massachusetts in this matter.

/s/ Elizabeth G. Arthur
Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: 5/16/08

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: May 16, 2008                                Signed: _____
                                                  Mary B. Freeley
                                                  Assistant Attorney General
                                                  Antitrust Division
                                                  Office of the Attorney General
                                                    for the Commonwealth of Massachusetts
                                                  One Ashburton Place, 18th Floor
                                                  Boston, MA 02108-1598
                                                  ph: (617) 727-2200
                                                  fax: (617)727-5765
                                                  Email: Mary.Freeley@state.ma.us
                                                  Bar Number: 544788

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I caused to be served a true and correct copy of the foregoing document by United States Postal Service to the following:

**Defendant**

*Attorneys for Abbott Laboratories*

Chad J. Peterman
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
cjpeterman@pbwt.com

**Defendant**

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
**James_Cooper@aporter.com**

/s/ Elizabeth G. Arthur
LEAD ATTORNEY
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300