IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 08-155 (SLR) |
| | ) |
| ABBOTT LABORATORIES, | ) |
| FOURNIER INDUSTRIE ET SANTÉ, and | ) |
| LABORATOIRES FOURNIER, S.A., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mary B. Graham of the law firm of Morris, Nichols, Arsht & Tunnell LLP hereby enters her appearance on behalf of defendant Abbott Laboratories.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
  *Attorneys for Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Rosanne E. Felicello
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

May 20, 2008
2335750

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Elizabeth G. Arthur
>R. Scott Palmer
>Office of the Attorney General for the State of Florida
>
>Craig S. Farringer
>Susan Phan
>Office of the Attorney General for the District of Columbia

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 20, 2008 upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

Elizabeth G. Arthur
R. Scott Palmer
Office of the Attorney General for the State of Florida
PL-1, The Capitol
Tallahassee, FL  32399-1050

**Elizabeth.Arthur@myfloridalegal.com**
**Scott.Palmer@myfloridalegal.com**

Craig S. Farringer
Susan Phan
Office of the Attorney General for the District of Columbia
441 4th Street NW, Suite 1130 N
Washington, DC  20001

**craig.farringer@dc.gov**
**susan.phan@dc.gov**

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)

2319602