IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 08-155 (SLR) |
| v. | ) |
| | ) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER, S.A., | ) ) ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell, III and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendants, Fournier Industrie Et Santé and Laboratories Fournier, S.A.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

*Attorneys for Defendants*
Dated: June 3, 2008
*Fournier Industrie et Santé and Laboratories Fournier, S.A.*

RLF1-3288633-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Elizabeth G. Arthur**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
Email: Elizabeth.Arthur@myfloridalegal.com

**Craig S. Farringer**
Office of the Attorney General for the District of Columbia
441 4th Street NW, Suite 1130 N
Washington, DC 20001
202-442-9841
Fax: 202-741-5908
Email: craig.farringer@dc.gov

**R. Scott Palmer**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
Email: Scott.Palmer@myfloridalegal.com

**Susan Phan**
Office of the Attorney General for the District of Columbia
441 4 Street, N.W., Suite 1130-N
Washington, DC 20001
202-727-3225
Fax: 202-741-5908
Email: susan.phan@dc.gov

**Mary B. Graham**
**James Walter Parrett, Jr.**
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jparrett@mnat.com

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com