IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATE OF FLORIDA, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-155 (SLR) |
| | ) | |
| ABBOTT LABORATORIES, | ) | |
| FOURNIER INDUSTRIE ET SANTÉ, and | ) | |
| LABORATOIRES FOURNIER, S.A., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William F. Cavanaugh, Jr., Thomas W. Pippert, Chad J. Peterman, Rosanne E. Felicello, Alexis Deise, Rachael Kuilema Klein and Anjan Mishra of Patterson Belknap Webb and Tyler LLP to represent defendant Abbott Laboratories in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney, except Mr. Cavanaugh who previously paid the annual fee, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (# 2256)
James W. Parrett, Jr. (# 4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jparrett@mnat.com
   *Attorneys for Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Chad J. Peterman
Rosanne E. Felicello
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
212.336.2000

Date: June 25, 2008


SO ORDERED this _____ day of _____, 2008.

                                                                                                                                                                                                                                           _____
                                                                UNITED STATES DISTRICT JUDGE

2335742

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, William F. Cavanaugh, Jr., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 23, 2008

William F. Cavanaugh, Jr.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2000
Fax: 212.336.2222

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Thomas W. Pippert, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 17, 2008

Thomas W. Pippert
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2000
Fax: 212.336.2222

2335768

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Chad J. Peterman, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/17/08

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2000
Fax: 212.336.2222

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Rosanne E. Felicello, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/17/08

Rosanne E. Felicello
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2000
Fax:    212.336.222

1755993v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Alexis Deise, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 23, 2008

Alexis Deise
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2000
Fax: 212.336.2222

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Rachael Kuilema Klein, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/17/08

Rachael Kuilema Klein
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2000
Fax: 212.336.2222

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Anjan Mishra, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/23/08

Anjan Mishra
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2000
Fax: 212.336.2222

2335768

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Elizabeth G. Arthur
> R. Scott Palmer
> OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF FLORIDA
>
> Craig S. Farringer
> Susan Phan
> OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 25, 2008 upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

| *Representing the Plaintiff States:* | *Representing the Fournier Defendants:* |
|---|---|
| Elizabeth G. Arthur<br>**Elizabeth.Arthur@myfloridalegal.com**<br>R. Scott Palmer<br>**Scott.Palmer@myfloridalegal.com**<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE STATE OF FLORIDA | Frederick L. Cottrell, III<br>**cottrell@rlf.com**<br>Anne Shea Gaza<br>**gaza@rlf.com**<br>RICHARDS, LAYTON & FINGER |
| Craig S. Farringer<br>**craig.farringer@dc.gov**<br>Susan Phan<br>**susan.phan@dc.gov**<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA | William Baer<br>**william.baer@aporter.com**<br>James L. Cooper<br>**james.cooper@aporter.com**<br>Anne P. Davis<br>**anne.davis@aporter.com**<br>ARNOLD & PORTER LLP |
| | Timothy C. Bickham<br>**tbickham@steptoe.com**<br>STEPTOE & JOHNSON LLP |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)