IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| STATE OF FLORIDA, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 08-155-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Anne E. Schneider, Assistant Attorney General for the State of Missouri in this matter.

/s/ Elizabeth G. Arthur
Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: June 25, 2008

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Missouri, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid [X] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: May 22, 2008              Signed: _____
                                Anne E. Schneider
                                Assistant Attorney General /
                                Antitrust Counsel
                                Missouri Attorney General's Office
                                P. O. Box 899
                                Jefferson City, MO 65102
                                (573) 751-7445
                                (573) 751-2041 (facsimile)
                                Anne.Schneider@ago.mo.gov
                                MO Bar No. 35479

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

                _____
                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2008 the foregoing was caused to be electronically filed with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on June 25, 2008 upon the following parties:

*Attorneys for Abbott Laboratories*

Mary B. Graham
James W. Parrett. Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com
mbgeservices@mnat.com

Chad J. Peterman
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
cjpeterman@pbwt.com

*Attorneys for Fournier Industrie et Sante'*
*and Laboratories Fournier, SA*

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5014
james_cooper@aporter.com

Elizabeth G. Arthur
*LEAD ATTORNEY*
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
850-414-3300
elizabeth.arthur@myfloridalegal.com