IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 08-155 (SLR) |
| v. | ) |
| | ) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER, S.A., | ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certification, undersigned counsel hereby moves the admission *pro hac vice* of Timothy C. Bickham of Steptoe & Johnson LLP to represent Fournier Industrie et Santé and Laboratories Fournier, S.A. in the above-captioned action.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants
Fournier Industrie et Santé and Laboratories
Fournier, S.A.*

Dated: July 10, 2008

IT IS HEREBY ORDERED this _____ day of _____, 2008 that counsel's motion for admission *pro hac vice* is GRANTED.

_____
Judge, U.S.D.C.

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

*/s/ Timothy Bickham*

---
Timothy C. Bickham
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202)429-5517

Dated: ___July 7___, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Elizabeth G. Arthur**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
Email: Elizabeth.Arthur@myfloridalegal.com

**R. Scott Palmer**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
Email: Scott.Palmer@myfloridalegal.com

**Craig S. Farringer**
Office of the Attorney General for the District of Columbia
441 4th Street NW, Suite 1130 N
Washington, DC 20001
202-442-9841
Fax: 202-741-5908
Email: craig.farringer@dc.gov

**Susan Phan**
Office of the Attorney General for the District of Columbia
441 4 Street, N.W., Suite 1130-N
Washington, DC 20001
202-727-3225
Fax: 202-741-5908
Email: susan.phan@dc.gov

**Mary B. Graham**
**James Walter Parrett, Jr.**
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jparrett@mnat.com

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com