IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 08-155 (SLR) |
| v. | ) |
| | ) |
| ABBOTT LABORATORIES, FOURNIER | ) |
| INDUSTRIE ET SANTÉ, and LABORATORIES | ) |
| FOURNIER, S.A., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5, and the attached certifications, undersigned counsel hereby moves the admission *pro hac vice* of David S. King, William Baer, Ryan Z. Watts, James L. Cooper, Daniel Waldman and Sonia K. Pfaffenroth of Arnold & Porter LLP to represent Fournier Industrie et Santé and Laboratories Fournier, S.A. in the above-captioned action.

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

Dated: July 28, 2008

*Attorneys for Defendants
Fournier Industrie et Santé and Laboratories
Fournier, S.A.*

RLF1-3299807-1

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

/s/ Davis S. King
Davis S. King
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202)942-5000

Dated: July 7, 2008

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

*[signature]*
William J. Baer
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202)942-5000

Dated: *July 14*, 2008

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

/s/ Sonia K. Pfaffenroth
Sonia K. Pfaffenroth
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202)942-5000

Dated: July 8, 2008

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

／s／
James L. Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
(202)942-5000

Dated: July 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Elizabeth G. Arthur**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
Email: Elizabeth.Arthur@myfloridalegal.com

**R. Scott Palmer**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
Email: Scott.Palmer@myfloridalegal.com

**Craig S. Farringer**
Office of the Attorney General for the District of Columbia
441 4th Street NW, Suite 1130 N
Washington, DC 20001
202-442-9841
Fax: 202-741-5908
Email: craig.farringer@dc.gov

**Susan Phan**
Office of the Attorney General for the District of Columbia
441 4 Street, N.W., Suite 1130-N
Washington, DC 20001
202-727-3225
Fax: 202-741-5908
Email: susan.phan@dc.gov

**Mary B. Graham**
**James Walter Parrett, Jr.**
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jparrett@mnat.com

_____
Anne Shea Gaza (#4093)
gaza@rlf.com