## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| STATE OF FLORIDA, et. al. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 08-155-SLR |
| v. | ) ) | |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A., | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gabriel R. Gervey, Assistant Attorney General for the State of Minnesota in this matter.

Elizabeth G. Arthur
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Facsimile: 850-488-9134
Elizabeth.Arthur@myfloridalegal.com

Date: Aug. 7, 2008

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court ☒.

Date: 7/9/08

Signed:

Gabriel R. Gervey
Assistant Attorney General
Antitrust Division
Office of the Attorney General
  for the State of Minnesota
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
Phone: (651) 296-9400
fax: (651) 282-5437
Email: gabriel.gervey@ag.state.mn.us
Bar Number: 0386707

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2008 the foregoing was caused to be electronically filed with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on August 7, 2008 upon the following parties:

*Attorneys for Abbott Laboratories*

William F. Cavanaugh, Jr.
Alexis Deise
Rosanne Felicello
Rachel Kuilema Klein
Anjan Mishra
Chad J. Peterman
Thomas W. Pippert
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: wfcavanaugh@pbwt.com
Email: adeise@pbwt.com
Email: rfelicello@pbwt.com
Email: rkuilemaklein@pbwt.com
Email: amishra@pbwt.com
Email: cjpeterman@pbwt.com
Email: twpippert@pbwt.com

Mary B. Graham
James W. Parrett. Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: mgraham@mnat.com
Email: jparrett@mnat.com

1

*Attorneys for Fournier Industrie et Sante'and Laboratories Fournier, SA*

**William Baer**
**James Cooper**
**Anne Davis**
**David King**
**Sonia Pfaffenroth**
**David Waldman**
**Ryan Z. Watts**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5014
Email: william_baer@aporter.com
Email: james_cooper@aporter.com
Email: anne.davis@aporter.com
Email: david_king@aporter.com
Email: sonia_pfaffenroth@aporter.com
Email: david_waldman@aporter.com
Email: ryan_watts@aporter.com

**Frederick L. Cottrell, III**
**Anne Shea Gaza**
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Email: cottrell@rlf.com
Email: gaza@rlf.com

**Timothy Bickham**
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Email: tbickham@steptoe.com

**Elizabeth G. Arthur**
*LEAD ATTORNEY*
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
850-414-3300
elizabeth.arthur@myfloridalegal.com