IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et. al.<br><br>        Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>        Defendants. | Civ. No. 08-155-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

To: Clerk of the United States District Court for the District of Delaware; Clerk of the United States District Court for the District of Delaware, United States Courthouse, 844 King Street, Room 4209, Lockbox 18, Wilmington, DE 19801 and Respondents Abbott Laboratories, Fournier Industrie et Sante, and Laboratoires Fournier, S.A.

**PLEASE TAKE NOTICE** that Assistant Attorney General Gabriel Gervey substitutes his appearance for Assistant Attorney General Matthew P. Reinsmoen on behalf of the State of Minnesota.

              _/s/ Elizabeth G. Arthur_
              Elizabeth G. Arthur
              Assistant Attorney General
              STATE OF FLORIDA
              PL-01, The Capitol
              Tallahassee, Florida 32399-1050
              Telephone: 850-414-3300
              Facsimile: 850-488-9134
              Elizabeth.Arthur@myfloridalegal.com

Date: Aug. 7, 2008

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2008 the foregoing was caused to be electronically filed with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on August 7, 2008 upon the following parties:

*Attorneys for Abbott Laboratories*

| | |
|---|---|
| **William F. Cavanaugh, Jr.** | **Mary B. Graham** |
| **Alexis Deise** | **James W. Parrett. Jr.** |
| **Rosanne Felicello** | Morris, Nichols, Arsht & Tunnell LLP |
| **Rachel Kuilema Klein** | 1201 North Market Street |
| **Anjan Mishra** | P.O. Box 1347 |
| **Chad J. Peterman** | Wilmington, DE 19899 |
| **Thomas W. Pippert** | (302) 658-9200 |
| Patterson, Belknap, Webb & Tyler | Email: mgraham@mnat.com |
| 1133 Avenue of the Americas | Email: jparrett@mnat.com |
| New York, NY 10036-6710 | |
| (212) 336-2000 | |
| Email: wfcavanaugh@pbwt.com | |
| Email: adeise@pbwt.com | |
| Email: rfelicello@pbwt.com | |
| Email: rkuilemaklein@pbwt.com | |
| Email: amishra@pbwt.com | |
| Email: cjpeterman@pbwt.com | |
| Email: twpippert@pbwt.com | |

*Attorneys for Fournier Industrie et Sante' and Laboratories Fournier, SA*

William Baer
James Cooper
Anne Davis
David King
Sonia Pfaffenroth
David Waldman
Ryan Z. Watts
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5014
Email: william_baer@aporter.com
Email: james_cooper@aporter.com
Email: anne.davis@aporter.com
Email: david_king@aporter.com
Email: sonia_pfaffenroth@aporter.com
Email: david_waldman@aporter.com
Email: ryan_watts@aporter.com

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Email: cottrell@rlf.com
Email: gaza@rlf.com

Timothy Bickham
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Email: tbickham@steptoe.com

_____
**Elizabeth G. Arthur**
*LEAD ATTORNEY*
Assistant Attorney General
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, Florida 32399-1050
850-414-3300
elizabeth.arthur@myfloridalegal.com