IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF FLORIDA, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ABBOTT LABORATORIES, )<br>FOURNIER INDUSTRIE ET SANTÉ, and )<br>LABORATOIRES FOURNIER, S.A., )<br>)<br>Defendants. ) | C.A. No. 08-155 (SLR) |

### NOTICE OF WITHDRAW OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Anjan Mishra of Patterson, Belknap, Webb and Tyler LLP hereby withdraws as counsel for Abbott Laboratories in this action. Abbott Laboratories continues to be represented in this action by the law firms Morris, Nichols, Arsht & Tunnell LLP and Patterson, Belknap, Webb and Tyler LLP.

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Chad J. Peterman
Rosanne E. Felicello
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212.336.2000

Date: August 22, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *James W. Parrett, Jr.*
Mary B. Graham (# 2256)
James W. Parrett, Jr. (# 4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jparrett@mnat.com
  *Attorneys for Abbott Laboratories*

2458132

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Elizabeth G. Arthur
> R. Scott Palmer
> OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF FLORIDA
>
> Craig S. Farringer
> Susan Phan
> OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 22, 2008 upon the following individuals in the manner indicated:

### BY ELECTRONIC MAIL

*Representing the Plaintiff States:*

Elizabeth G. Arthur
**Elizabeth.Arthur@myfloridalegal.com**
R. Scott Palmer
**Scott.Palmer@myfloridalegal.com**
OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF FLORIDA

Craig S. Farringer
**craig.farringer@dc.gov**
Susan Phan
**susan.phan@dc.gov**
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

*Representing the Fournier Defendants:*

Frederick L. Cottrell, III
**cottrell@rlf.com**
Anne Shea Gaza
**gaza@rlf.com**
RICHARDS, LAYTON & FINGER

William Baer
**william.baer@aporter.com**
James L. Cooper
**james.cooper@aporter.com**
Anne P. Davis
**anne.davis@aporter.com**
ARNOLD & PORTER LLP

Timothy C. Bickham
**tbickham@steptoe.com**
STEPTOE & JOHNSON LLP

/s/ *James W. Parrett, Jr.*
James W. Parrett, Jr. (#4292)

2319602